IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA FOR DEPOSITION | NO. 1:13-mc-01331-JEB-DAR <br><br> Related Case: <br> NO. 1:13-mc-00405-JEB-DAR <br> District Court for the District of Columbia |
| GREGORY THORPE, *et al.* <br><br> Plaintiffs <br><br> vs. <br><br> KEITH F. CROSS, *et al.* <br><br> Defendants | Underlying Case: <br> NO. 1:12-cv-11632-RWZ <br> Pending in District Court for the District of Massachusetts |

## UNOPPOSED MOTION FOR STAY

Plaintiffs Gregory Thorpe and Blair Hamrick ("Plaintiffs"), and their undersigned counsel, submit this Unopposed Motion for Stay, and state as follows:

1. A conflict of interest has developed between Plaintiffs that prevents undersigned counsel from continuing to represent either Plaintiff in this proceeding;

2. Plaintiffs and undersigned counsel therefore respectfully request the Court stay this third-party discovery proceeding between Plaintiffs and Philips & Cohen, LLP ("P&C"), and all existing deadlines, so that each Plaintiff may retain independent counsel to substitute for undersigned counsel;

3. The nature and details of the conflict cannot be explained without revealing client confidences and cannot be discussed in this motion.

4. Counsel for P&C does not object to Plaintiffs' request for a stay.

Wherefore, Plaintiffs and undersigned counsel respectfully requests that this Court grant this motion and stay this litigation, including all existing deadlines, pending Plaintiffs' retention of substitute counsel.

Respectfully submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

/s/
Joseph J. McGovern, Esquire
(D.C. Bar No. 936609)
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 665-3000
Fax: (215) 665-3165

*Attorney for Plaintiffs*
*Gregory Thorpe and Blair Hamrick*

Date: January 15, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA FOR DEPOSITION | NO. 1:13-mc-01331-JEB-DAR<br><br>Related Case:<br>NO. 1:13-mc-00405-JEB-DAR<br>District Court for the District of Columbia |
| GREGORY THORPE, *et al.*<br><br>Plaintiffs<br><br>vs.<br><br>KEITH F. CROSS, *et al.*<br><br>Defendants | Underlying Case:<br>NO. 1:12-cv-11632-RWZ<br>Pending in District Court for the District of Massachusetts |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and states that a true and correct copy of the attached Motion has been served via ECF upon the following:

> Peter Wilson Chatfield, Esquire
> PHILLIPS & COHEN LLP
> 2000 Massachusetts Avenue, NW
> Washington, DC 20036
>
> Stephen Hasegawa, Esquire
> PHILLIPS & COHEN LLP
> 100 The Embarcadero, Suite 300
> San Francisco, CA 94105

/s/
H. David Seidman, Esquire

*Attorney for Plaintiffs*
*Gregory Thorpe and Blair Hamrick*

Dated: January 15, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA FOR DEPOSITION<br><br>GREGORY THORPE, *et al.*<br><br>Plaintiffs<br><br>vs.<br><br>KEITH F. CROSS, *et al.*<br><br>Defendants | NO. 1:13-mc-01331-JEB-DAR<br><br>Related Case:<br>NO. 1:13-mc-00405-JEB-DAR<br>District Court for the District of Columbia<br><br>Underlying Case:<br>NO. 1:12-cv-11632-RWZ<br>Pending in District Court for the<br>District of Massachusetts |

## ORDER

**AND NOW**, this ____ day of _____,2014, upon review and consideration of the Plaintiffs' Unopposed Motion for Stay, it is hereby ORDERED that said motion is GRANTED. This proceeding is stayed, and all existing deadlines continued, pending Plaintiffs' retention of substitute counsel.

**BY THE COURT:**

_____
J.