## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA FOR DEPOSITION | NO. 1:13-mc-01331-JEB-DAR<br><br>Related Case:<br>NO. 1:13-mc-00405-JEB-DAR<br>District Court for the District of Columbia |
| GREGORY THORPE, *et al*.<br><br>    Plaintiffs<br><br>    vs.<br><br>KEITH F. CROSS, *et al*.<br><br>    Defendants | Underlying Case:<br>NO. 1:12-cv-11632-RWZ<br>Pending in District Court for the<br>District of Massachusetts |

## JOINT STATUS REPORT

Plaintiffs Gregory Thorpe and Blair Hamrick ("Plaintiffs") and Phillips & Cohen LLP respectfully submit this Status Report and state as follows:

1.      On January 15, 2014, Plaintiffs filed an Unopposed Motion for Stay.

2.      On January 16, 2014, this Court allowed the Unopposed Motion for Stay, and ordered the parties to file a Status Report by no later than February 12, 2014.

3.      On February 12, 2014, the parties filed a joint status report requesting that the Stay be continued to April 1, 2014, to give the plaintiffs adequate time to retain new counsel. (Dkt. 15). On February 14, 2014 the Court continued the Stay to April 1, 2014.

4.      Counsel for Plaintiff Gregory Thorpe has retained new local counsel – Bradley S. Deutchman entered an appearance on March 14, 2014.  Motions to appear pro hac vice were filed by Lee T. Gesmer and Charles F. Rodman on March 14, 2014 and allowed on March 18, 2014.

{00057305; 1}

5. Plaintiff Blair Hamrick does not intend to retain new counsel in connection with discovery proceedings in this District and withdraws from proceedings relating to the subpoenas issued to Phillips & Cohen LLP and Erika Kelton without objection of any other party.

6. Because of the substantial record in this case, counsel for Mr. Thorpe needs additional time to review the briefs and supplementary materials filed in this case and a related case involving the same parties, 1:13-mc-00405-JEB-DAR.

7. Mr. Thorpe respectfully requests that this Court continue the stay in this action until May 1, 2014, and order Mr. Thorpe and Phillips & Cohen LLP to file an updated Status Report on May 1, 2014. Phillips & Cohen LLP does not oppose that request.

Wherefore, Gregory Thorpe, without opposition, respectfully requests that this Court continue the stay until May 1, 2014, and order Mr. Thorpe and Phillips & Cohen LLP to file an updated status report on May 1, 2014.

Respectfully submitted,

Bradley S. Deutchman, DCB# 460912
DEUTCHMAN & JONES, PLLC
1050 17th Street, NW Suite 1000
Washington, DC   20036
202.496.4968
Fax 202.973.0189
deutchmanjones@gmail.com
Local Counsel for Plaintiff
*Attorney for Gregory Thorpe*

/s/ Lee T. Gesmer
Lee T. Gesmer (BBO #190260)
Charles F. Rodman, BBO#641216
GESMER UPDEGROVE LLP
40 Broad Street
Boston, Massachusetts 02109
Telephone:  (617) 350-6800
Facsimile:  (617) 350-6878
*Attorneys pro hac vice for Gregory Thorpe*

{00057305; 1}

/s/ Peter Wilson Chatfield
Peter Wilson Chatfield, Esquire
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
*Attorney for Phillips & Cohen LLP*


/s/ Stephen Hasegawa
Stephen Hasegawa, Esquire
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
*Attorney for Phillips & Cohen LLP*

/s/ Joseph J. McGovern
Joseph J. McGovern, Esquire
(D.C. Bar No. 936609)
OBERMAYER REBMANN  MAXWELL & HIPPEL LLP
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone:  (215) 665-3000
Fax:  (215) 665-3165
*Attorney for Plaintiff Blair Hamrick*


**CERTIFICATE OF SERVICE**

     I hereby certify that on March 26, 2014 I electronically filed the foregoing with the Clerk for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECT users and that service will be accomplished by the CM/ECF system.


Bradley S. Deutchman, DCB# 460912
Bradley S. Deutchman

{00057305; 1}