## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD-PARTY SUBPOENA FOR DEPOSITION | NO. 1:13-mc-01331-JEB-DAR |
| | Related Case: NO. 1:13-mc-00405-JEB-DAR District Court for the District of Columbia |
| GREGORY THORPE, *et al.* | |
| Plaintiffs | Underlying Case: NO. 1:12-cv-11632-RWZ Pending in District Court for the District of Massachusetts |
| vs. | |
| KEITH F. CROSS, *et al.* | |
| Defendants | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Joseph J. McGovern, Esquire and H. David Seidman,

Esquire of Obermayer Rebmann Maxwell & Hippel LLP hereby withdraw their appearances on

behalf of Plaintiffs Gregory Thorpe and Blair Hamrick[1] in the above-captioned action.

Respectfully submitted,

**OBERMAYER REBMANN
MAXWELL & HIPPEL LLP**

_____/s/_____
Joseph J. McGovern, Esquire
(D.C. Bar No. 936609)
H. David Seidman, Esquire
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 665-3000
Fax: (215) 665-3165

Date: April 4, 2014

---

[1] As noted in the Joint Status Report filed on March 26, 2014 (Dkt. No. 19), Mr. Hamrick has withdrawn from these proceedings entirely.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, this document (filed through the ECF system) will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those indicated as non-registered participants.


_____/s/_____

H. David Seidman, Esquire