## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____<br>IN RE THIRD-PARTY DEPOSITION<br>SUBPOENA<br><br>_____<br><br>GREGORY THORPE,<br><br>          Plaintiff,<br><br>          v.<br><br>KEITH F. CROSS, JOSEPH F.<br>BENNETT, and CROSS & BENNETT<br>LLC<br><br>          Defendants.<br>_____ | )<br>)  Case No. 1:13-mc-01331-JEB-DAR<br>)<br>)<br>)<br>)<br>)<br>)  Related Case:<br>)  No. 1:13-mc-00405-JEB-DAR<br>)  District Court for the District of Columbia<br>)<br>)<br>)  Underlying Case:<br>)  No. 1:12-cv-11635-RWZ<br>)  Pending in the District Court for the<br>)  District of Massachusetts<br>) |

### **STIPULATED MOTION TO DISMISS**

WHEREAS, Plaintiff Gregory Thorpe has settled the underlying lawsuit in which he served the subpoena at issue in this action (the "Subpoena"); and

WHEREAS, Plaintiff Gregory Thorpe therefore agrees that the Subpoena is withdrawn;

NOW, THEREFORE, non-parties/petitioners Phillips & Cohen LLP and Erika Kelton and plaintiff/respondent Gregory Thorpe respectfully move that the above-captioned action be dismissed.

                                      Respectfully submitted,

                                      /s/ Bradley S. Deutchman, DCB# 460912
                                      DEUTCHMAN & JONES, PLLC
                                      1050 17th Street, NW Suite 1000
                                      Washington, DC   20036
                                      202.496.4968
                                      Fax 202.973.0189
                                      deutchmanjones@gmail.com

Counsel for Plaintiff
*Attorney for Gregory Thorpe*

/s/ Lee T. Gesmer
Lee T. Gesmer (BBO #190260)
Charles F. Rodman (BBO #641216)
GESMER UPDEGROVE LLP
40 Broad Street
Boston, Massachusetts 02109
Telephone:  (617) 350-6800
Facsimile:  (617) 350-6878
*Attorneys pro hac vice for Gregory Thorpe*


/s/ Peter Wilson Chatfield
Peter Wilson Chatfield (DCB# 418576)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Telephone: (202) 833-4567
Facsimile: (202) 833-1815
*Attorney for Phillips & Cohen LLP*


/s/ Stephen S. Hasegawa
Stephen S. Hasegawa (SBN 198472)
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Telephone: (415) 836-9000
Facsimile: (415) 836-9001
*Attorney pro hac vice for Phillips & Cohen LLP*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2014 I electronically filed the foregoing with the Clerk for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


s/ Stephen S. Hasegawa
Stephen S. Hasegawa